UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH SHERMAN, M.D.,

      Plaintiff,

-against-

MERCHANTS & BUSINESS MEN'S MUTUAL
INSURANCE CO.,

      Defendant.
------------------------------------------------------------X

00-CV-5503 (ARR)(VVP)

NOT FOR PUBLICATION

ORDER

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case dated September 20, 2005 from the Honorable Viktor V. Pohorelsky, United States Magistrate Judge. No objections have been filed. Having conducted a <u>de novo</u> review of the record, I hereby adopt the Report and Recommendation as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, this action is dismissed.

SO ORDERED.

                     /s/
                  Allyne R. Ross
                  United States District Judge

Dated: October 21, 2005
   Brooklyn, New York

1

SERVICE LIST:

<pre>
           Attorney for Plantiff
           Moshe David Fuld
           38 West 32nd Street
           7th Floor
           New York, NY 10001

           Attorney for Defendant
           Louis R. Rosenthal
           16 Court Street
           32nd Fl.
           Brooklyn, NY 11241

cc:        Magistrate Judge Viktor V. Pohorelsky
</pre>